| | |
|---|---|
| 1 | **RIMAC & MARTIN** |
| 2 | *A Professional Corporation* |
| | JOSEPH M. RIMAC, ESQ.   (CSBN 72381) |
| 3 | KEVIN G. GILL, ESQ.         (CSBN 226819) |
| | 1051 Divisadero Street |
| 4 | San Francisco, CA 94115 |
| | jrimac@rimacmartin.com |
| 5 | kgill@rimacmartin.com |
| | Telephone:  (415) 561-8440 |
| 6 | Facsimile:   (415) 561-8430 |

Attorneys for Plaintiff
R.J. KILN & CO., LTD., ON BEHALF OF THOSE
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY NO.
BO901LU0738170

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### E-FILING

| | |
|---|---|
| R.J. KILN & CO., LTD., ON BEHALF OF THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. BO901LU0738170, | CASE NO. C-08-4753 VRW |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| PEACE UNITED CHURCH OF CHRIST, | |
| Defendant. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO ORDERED**
*[signature]*
Judge Vaughn R Walker

Dated: 12/12/2008

-1-

Stipulation of Dismissal                                        CASE NO. C-08-4753 VRW

THE PARTIES HAVING REACHED A SETTLEMENT AGREEMENT, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to FRCP 41(a)(1).

DATED: December 10, 2008      RIMAC & MARTIN,
A Professional Corporation

By:    /s/ JOSEPH M. RIMAC
JOSEPH M. RIMAC
Attorneys for Plaintiff
R.J. KILN & CO., LTD., ON BEHALF OF THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BO901LU0738170

DATED: December __, 2008      ENGELBRECHT, ACKERMAN & HASSMAN

By: _____
DAVID M. ENGELBRECHT
Attorneys for Defendant
PEACE UNITED CHURCH OF CHRIST

THE PARTIES HAVING REACHED A SETTLEMENT AGREEMENT, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to FRCP 41(a)(1).

DATED: December __, 2008

RIMAC & MARTIN,
A Professional Corporation

By: _____
JOSEPH M. RIMAC
Attorneys for Plaintiff
R.J. KILN & CO., LTD., ON BEHALF OF THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BO901LU0738170

DATED: December 10, 2008

ENGELBRECHT, ACKERMAN & HASSMAN

By: _____
DAVID M. ENGELBRECHT
Attorneys for Defendant
PEACE UNITED CHURCH OF CHRIST